# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAY R. KAMALEDDIN, | ) | NO. CV 11-8234 GAF (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| ANTHONY HEDGPETH, Warden | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: Dated this 17th day of October, 2011.

*/s/ Gary Feess*

GARY A. FEESS
UNITED STATES DISTRICT JUDGE